UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              CASE NO. 09 B 09712
                                                    CHAPTER 13
CAROLYN A HARRIS
                                                    JUDGE JANET S BAER

    DEBTOR                                          **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** IL HOUSING DEVELOPMENT AUTH

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 1 | 3 | 7902 10929 LONGWOOD | $38,119.40 | $38,119.40 | $38,119.40 |
| Total Amount Paid by Trustee | | | | | $38,119.40 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09-09712-JSB

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 10th day of February, 2014.

Debtor:
CAROLYN A HARRIS
10929 S LONGWOOD DR #2
CHICAGO, IL  60643

Attorney:
MARTIN J OHEARN
10047 S WESTERN AVE
CHICAGO, IL  60643
via Clerk's ECF noticing procedures

Mortgage Creditor:
ILLINOIS HOUSING AUTHORITY
% CODILIS & ASSOCIATES
15W030 N FRONTAGE RD
BURR RIDGE, IL  60527

Mortgage Creditor:
GMAC MORTGAGE LLC
% CODILIS & ASSOCIATES PC
15W030 N FRONTAGE RD #100
BURR RIDGE, IL  60527

Mortgage Creditor:
ILLINOIS HOUSING AUTHORITY
% CODILIS & ASSOCIATES
15W030 N FRONTAGE RD
BURR RIDGE, IL  60527

Mortgage Creditor:
ILLINOIS HOUSING
DEVELOPMENT
% BURNETT & MATTHEWS LLP
4675 MACARTHUR CT STE 1540
NEWPORT BEACH, CA  92660-1884

Mortgage Creditor:
HOMECOMING
% KROPIK PAPUGA & SHAW
120 S LASALLE #1500
CHICAGO, IL  60603

Mortgage Creditor:
LONGWOOD TOWERS
CONDOMINIUM
% SCHIFFMAN & JACOBS PC
134 N LASALLE ST #1600
CHICAGO, IL  60602

Creditor:
BAC HOME LOANS SERVICING LP
7105 CORPORATE DR
MS TX2-982-0303
PLANO, TX  75024

ELECTRONIC SERVICE - United States Trustee

Date:  February 10, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603